SACHS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Solomon Sachs against the Brooklyn Heights Railroad Com-

pany. No opinion. Order unanimously affirmed by default, with costs.